

# Fourth Court of Appeals
## San Antonio, Texas

March 2, 2020

No. 04-20-00023-CV

Robert **THOMPSON,**
Appellant

v.

Robert **NIETO,**
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2019CV08856
Honorable J Frank Davis, Judge Presiding

## O R D E R

On February 21, 2020, this court notified the court reporter that the reporter's record was late. The court reporter responded to our notice by stating that the reporter's record has not been filed because appellant has failed to pay or make arrangements to pay the reporter's fee for preparing the record and appellant is not entitled to appeal without paying the fee.

It is therefore ORDERED that appellant provide written proof to this court within ten (10) days of the date of this order that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee. If appellant fails to respond within the time provided, appellant's brief will be due within thirty (30) days from the date of the clerk's record is filed, and the court will consider only those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of March, 2020.



MICHAEL A. CRUZ,
Clerk of Court